Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NA EL, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANA FABRICS, INC., a California Corporation; et al.,<br><br>Defendants. | Case No.: CV15-00848-PJW<br>*Hon. Patrick J. Walsh Presiding*<br><br>**NOTICE OF DISMISSAL OF CHRISTENSEN'S DEPARTMENT STORE** |

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses without prejudice Defendant *Christensen's Department Store.* This dismissal is pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), with both parties bearing their own costs and fees as incurred against one another in this action.

///

1

NOTICE OF DISMISSAL

1 | The action will continue as to the remaining parties.
2 |
3 | Respectfully submitted,
4 | Dated: February 20, 2015       By:   */s/ Trevor W. Barrett*
5 | Scott A. Burroughs, Esq.
   | Trevor W. Barrett, Esq.
6 | DONIGER / BURROUGHS
   | Attorneys for Plaintiff